**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

DOMINION BUSINESS FINANCE, LLC.,

      Plaintiff,

v.                                                                              Case No.  8:10-cv-870-T-30EAJ

NATIONWIDE PROPERTY AND
CASUALTY INSURANCE COMPANY,

      Defendant.

_____/

### ORDER OF DISMISSAL

      Before the Court is the Plaintiff's Notice of Voluntary Dismissal With Prejudice (Dkt.

#30).  In accordance with same, it is

      **ORDERED AND ADJUDGED** as follows:

      1.      This cause is dismissed with prejudice.

      2.      All pending motions are denied as moot.

      3.      The Clerk is directed to close this case.

      **DONE** and **ORDERED** in Tampa, Florida on March 8, 2011.

_____

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2010\10-cv-870.dismiss 30.wpd